UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAROLINA ANNA REISS,

                Plaintiff,

-against-

ELENA BARON, in her individual capacity;
DENISE M. DOMINGUEZ, in her individual capacity,

                Defendants.

1:22-CV-0908 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued March 3, 2022, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 under the doctrine of judicial immunity and as frivolous. The Court declines to consider, under its supplemental jurisdiction, any of Plaintiff's claims under state law. *See* 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 3, 2022
            New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                        Chief United States District Judge